```
                    SECOND DISTRICT COURT - OGDEN
                    WEBER COUNTY, STATE OF UTAH


         DANIEL C ERICKSON vs.  NATIONWIDE SECURITY SOLUTIONS
CASE NUMBER 170900135 Contracts
_____

CURRENT ASSIGNED JUDGE
        ERNIE W JONES


PARTIES
        Plaintiff - DANIEL C ERICKSON
        Represented by: COLE S CANNON
        Plaintiff -  ALLIED SMART HOME LLC
        Represented by: COLE S CANNON
        Defendant -  NATIONWIDE SECURITY SOLUTIONS


ACCOUNT SUMMARY
        TOTAL REVENUE   Amount Due:          360.00
                       Amount Paid:          360.00
                            Credit:            0.00
                           Balance:            0.00
        REVENUE DETAIL - TYPE: COMPLAINT 10K-MORE
                        Amount Due:          360.00
                       Amount Paid:          360.00
                     Amount Credit:            0.00
                           Balance:            0.00


PROCEEDINGS
01-06-17 Filed: Complaint
01-06-17 Case filed
01-06-17 Fee Account created      Total Due:         360.00
01-06-17 COMPLAINT 10K-MORE       Payment Received:       360.00
01-06-17 Note: discovery tier set to 3
01-06-17 Judge ERNIE W JONES assigned.
01-06-17 Filed: Return of Electronic Notification
02-08-17 Filed: Notice of Filing Notice of Removal
02-08-17 Filed: Return of Electronic Notification



Printed: 02/09/17 08:35:42          Page 1 (last)
```